| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |  | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>PROPOSED ORDER |

UNITED STATES OF AMERICA,
    Plaintiff(s),

Case No. CR-S-09-00145-LKK

v.

ROBERT TURNER,
    Defendant(s).

I, __John A. Azzarello, Esq.__,

attorney for __Defendant, Robert Turner__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| Firm Name: | Arseneault, Whipple, Farmer, Fassett & Azzarello |
|---|---|
| Address: | 560 Main Street |
| City: | Chatham |
| State: | NJ     ZIP Code: 07928 |
| Voice Phone: | ( 973 ) 635-3366 |
| FAX Phone: | ( 973 ) 635-0855 |
| Internet E-mail: | azzarello@awffa.com |
| Additional E-mail: | |
| I reside in City: | Green Brook     State: NJ |

    I was admitted to practice in the (see Exhibit A attached hereto) (court) on _____ (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Dennis S. Waks, Esq.

Firm Name: Federal Public Defenders Office

Address: 801 I Street

3rd Floor

City: Sacramento

State: CA   ZIP Code: 95814

Voice Phone: ( 916 ) 498-5700

FAX Phone: ( 916 ) 498-5710

E-mail: dennis_waks@fd.org

Dated: 3/27/09   Petitioner: *[signature] John Campanella*

ORDER

IT IS SO ORDERED.

Dated: April 2, 2009

*[signature] Lawrence K. Karlton*

JUDGE, U.S. DISTRICT COURT

Exhibit A

I am admitted to practice in the following Courts:

1. New Jersey Supreme Court – May 10, 1991
2. United States District Court, District of New Jersey – November 1, 1991
3. District of Columbia – 1993 (inactive)
4. Supreme Court of the United States of America – December 7, 1998
5. New York State Supreme Court, First Judicial Department – June 21, 2004

I served as an Assistant United States Attorney in the District of New Jersey from September 1992 through January 2002.

From 1999 through 2002, I served as Deputy Chief, Criminal Division, United States Attorney's Office, District of New Jersey.