UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED
OCT 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

          RE:    Robert C. TURNER, Jr.
                Docket Number:  2:09CR00145-01
                **REQUEST TO VACATE JUDGMENT AND SENTENCE DATE/SCHEDULE STATUS DATE**

Your Honor:

Defendant Robert C. Turner, Jr., is scheduled for Judgment and Sentencing on November 30, 2010. However, both counsel have indicated defendant Turner's case will not proceed to sentencing until the related case of defendant Frederick Scott Salyer (2:10CR00061-01) has been resolved. This matter has yet to be set for trial and is pending further status on November 19, 2010.

Per agreement with the government and defendant's counsel, it is respectfully requested the Judgment and Sentencing date in this matter be vacated, and a status date scheduled for April 26, 2011. At that time, the matter can be continued for further status or, if the parties are ready, set for a Judgment and Sentencing date, along with a disclosure schedule for the presentence report.

                            Respectfully submitted,

                            LINDA O. DILLON
                            United States Probation Officer

REVIEWED BY:          
                          JEFFREY C. OESTREICHER
                          **Supervising United States Probation Officer**

Rev. 11/2009
MEMO ~ COURT.MRG

RE: Robert C. TURNER, Jr.
Docket Number: 2:09CR00145-01
**REQUEST TO VACATE JUDGMENT AND**
**SENTENCE DATE/SCHEDULE STATUS DATE**

Dated: October 26, 2010
Sacramento, California
LOD/sca

Attachment(s)

cc: Matthew Dean Segal
Assistant United States Attorney

John A. Azzarello
Defense Counsel

AGREE: ✓                                    DISAGREE: _____

_____           10/28/10
LAWRENCE K. KARLTON                         DATE
Senior United States District Judge