UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                      RE:    Robert C. TURNER, Jr.
                              Docket Number:   2:09CR00145-01
                              <u>**REQUEST TO CONTINUE STATUS DATE**</u>

Your Honor:

It is respectfully requested the status date currently scheduled for April 26, 2011, be continued for further status to October 25, 2011. All parties have been notified of the new date and were anticipating a continuance of this matter based upon the status of the primary related case.

                              Respectfully submitted,

                              /s/
                            **LINDA O. DILLON**
                           **United States Probation Officer**

**REVIEWED BY:**      /s/
                        **JEFFREY C. OESTREICHER**
                        **Supervising United States Probation Officer**

Dated:       April 22, 2011
               Sacramento, California
               LOD/sda

cc:     Matthew D. Segal
        Assistant United States Attorney

        John A. Azzarello
        Defense Counsel

Rev. 11/2009
MEMO ~ COURT.MRG

RE:   Robert C. TURNER, Jr.
      Docket Number:   2:09CR00145-01
      **REQUEST TO CONTINUE STATUS DATE**

AGREE:   ___✔___          DISAGREE: _____

*signature*
_____          April 22, 2011
**LAWRENCE K. KARLTON**                        DATE
Senior United States District Judge