JOHN A. AZZARELLO
(Admitted *Pro Hac Vice*)
Whipple Azzarello, LLC
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Telephone:  973-267-7300
Facsimile:    973-267-0031
Email:  azzarello@whippleazzarellolaw.com

LINDA HARTER
CHIEF ASSISTANT FEDERAL DEFENDER
FEDERAL DEFENDER'S OFFICE
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone:  916-498-5700

Attorneys for Defendant Robert Turner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>ROBERT TURNER,<br><br>            Defendant. | 2:09-CR-145 LKK<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

   IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Matthew D. Segal, Assistant U.S. Attorney; and, Robert Turner, through his attorneys, John A. Azzarello, Whipple Azzarello, LLC and Linda Harter, that the Judgment and Sentencing presently scheduled for March 18, 2014 at 9:15 a.m. shall be continued to April 22, 2014 at 9:15 a.m. in accordance with the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | April 22, 2014; |
| Motion For Correction Of The Presentence Report Filed With The Court And Served On The Probation Officer And Opposing Counsel No Later Than: | April 15, 2014; |
| The Presentence Report Filed With The Court And Disclosed To Counsel No Later Than: | April 8, 2014; |

Counsel's Written Objections To The Presentence  
Report Delivered To The Probation Officer  
And Opposing Counsel No Later Than:                         April 1, 2014

The Proposed Presentence Report disclosed to counsel:         Disclosed.

The defendant understands that the government will not consent to any further continuances of the judgment and sentencing date.

Dated: March 13, 2014        JOHN A. AZZARELLO  
                             (Admitted *Pro Hac Vice*)

                             LINDA HARTER  
                             /s/ Linda Harter_____  
                             LINDA HARTER  
                             Attorneys for Defendant

Dated: March 13, 2014        BENJAMIN B. WAGNER  
                             UNITED STATES ATTORNEY  
                             /s/ Matthew D. Segal*\_\_  
                             MATTHEW D. SEGAL  
                             Assistant U.S. Attorney  
                             *Signed with permission

## ORDER

It is so ordered.

Dated: March 17, 2014

_____  
LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT