JOHN A. AZZARELLO
*(Lead Counsel Admitted Pro Hac Vice)*
WHIPPLE AZZARELLO, LLC
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Telephone: (973) 267-7300
Facsimile:  (973) 267-0031
Email: azzarello@whippleazzarellolaw.com

LINDA C. HARTER
*(Local Counsel)*
FEDERAL PUBLIC DEFENDER'S OFFICE
801 I Street, 3rd Floor
Sacramento, California 95818
Telephone: (916) 498-5700
Facsimile:  (916) 498-5710
Email: linda_harter@fd.org

*Attorneys for Defendant*
ROBERT C. TURNER, JR.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT C. TURNER, JR.,<br><br>　　　　　Defendant. | Case No. 2:09-CR-145 LKK<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT & SENTENCING** |

　　　　IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Matthew D. Segal, Assistant United States Attorney, and, Robert C. Turner, Jr., by and through his attorneys, John A. Azzarello, Whipple Azzarello, LLC, and Linda C. Harter, Chief Assistant Federal Defender, that the Judgment and Sentencing presently scheduled

for April 22, 2014 at 9:15 a.m. shall be continued to May 6, 2014 at 9:15 a.m. in accordance with the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | May 6, 2014; |
| Sentencing Memorandum Shall Be Filed With The Court And Served On The Probation Officer And Opposing Counsel No Later Than: | April 29, 2014; |
| Motion For Correction Of The Presentence Report Filed With The Court And Served On The Probation Officer And Opposing Counsel No Later Than: | Disclosed; |
| The Presentence Report Filed With The Court And Disclosed To Counsel No Later Than: | Disclosed; |
| Counsel's Written Objections To The Presentence Report Delivered To The Probation Officer And Opposing Counsel No Later Than: | Disclosed; |
| The Proposed Presentence Report disclosed to counsel: | Disclosed. |

The present continuance is sought with the agreement of both counsel for defendant and the Assistant United States Attorney. The parties have very recently engaged in discussions material to the Government's sentencing recommendation.

Although the parties believe a one-week continuance would provide sufficient opportunity for the Government to make a decision in light of recent discussions, counsel for defendant, as indicated in the attached Exhibit A, is scheduled for jury service on April 28, 2014, which subjects him to service for four days or one trial, and the parties in accordance with the same have therefore asked that the matter be set for the following week.

| | |
|---|---|
| Dated: April 16, 2014 | JOHN A. AZZARELLO<br>*(Lead Counsel Admitted Pro Hac Vice)*<br>/s/ John A. Azzarello<br><br>LINDA C. HARTER<br>*(Local Counsel)*<br>/s/ Linda Harter<br><br>*Attorneys for Defendant*<br>ROBERT C. TURNER, JR. |
| Dated: April 16, 2014 | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY<br><br>/s/ Matthew D. Segal*<br>MATTHEW D. SEGAL<br>*Assistant United States Attorney*<br>*Signed with permission |

### **ORDER**

**It is so ordered.**

**Dated:  April 17, 2014**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT