JOHN A. AZZARELLO
*(Lead Counsel Admitted Pro Hac Vice)*
WHIPPLE AZZARELLO, LLC
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Telephone: (973) 267-7300
Facsimile:  (973) 267-0031
Email: azzarello@whippleazzarellolaw.com

LINDA C. HARTER
*(Local Counsel)*
FEDERAL PUBLIC DEFENDER'S OFFICE
801 I Street, 3rd Floor
Sacramento, California 95818
Telephone: (916) 498-5700
Facsimile:  (916) 498-5710
Email: linda_harter@fd.org

*Attorneys for Defendant*
ROBERT C. TURNER, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT C. TURNER, JR.,<br><br>Defendant. | Case No. 2:09-CR-145-01 (LKK)<br><br>**ORDER TO AMEND JUDGMENT AND TO DEFER DEFENDANT'S SURRENDER DATE FOR A PERIOD OF THIRTY (30) DAYS** |

The Court having read the formal Request to Amend Judgment and Defer the Surrender Date submitted by counsel for defendant ROBERT C. TURNER, JR., Whipple Azzarello, LLC, filed on June 13, 2014, for the reasons set forth in counsel's request to amend Judgment as well as for good and just cause, the Judgment in the above-captioned matter entered on May 8, 2014, Document No. 47, be and same is hereby amended as follows:

1. The Court's recommendation to the Bureau of Prisons reflected on Page 2 of 6 of the Judgment "that the defendant be incarcerated in FCI Allenwood, Pennsylvania, but only insofar as this accords with security classification and space availability" shall be amended to state: "The Court recommends that the defendant be incarcerated in any non-administrative facility in proximity to Randolph, New Jersey, but only insofar as this accords with security classification and space availability."

2. The date for defendant to surrender for service of his sentence at the institution designated by the Bureau of Prisons shall be amended on Page 2 of 6 of the Judgment from before 2:00 p.m. on July 1, 2014 to before 2:00 p.m. on August 1, 2014.

**IT IS SO ORDERED.**

Dated: June 23, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT